UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY HERBERT KOBE,

    Petitioner,

                                          Case No. 08-11098

v.

                                          Honorable Patrick J. Duggan

RAYMOND BOOKER,

    Respondent.

_____/

## **OPINION AND ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on March 5, 2009.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                          U.S. DISTRICT COURT JUDGE

Presently before the Court is Petitioner's Motion for Relief from Judgment, filed on February 25, 2009. In the motion Petitioner seeks relief from judgment on grounds that the Court mistakenly sent him an opinion and order regarding a different case. Petitioner requests that this Court send him the proper order in such a manner so as to preserve his opportunity to object or appeal.

On February 25, 2009, the Court remedied the mailing error by sending Petitioner the Opinion and Order and Judgement relevant to his case. Additionally, an entry was made on the case docket to reflect the original mistake and resulting delay.

Accordingly,

2

**IT IS ORDERED** that Petitioner's Motion for Relief for Judgment is **DENIED** as moot.

                                                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Jeffrey Kobe, # 154452
Ryan Correctional Facility
17600 Ryan Road
Detroit, MI 48212

Andrew L. Shirvell, Esq.